Warren Hardware Company v. S. J. Dodson et al.

No. 2677.   Decided May 26, 1920.

(222 S. W., 157.)

**Writ of Error—Final Jurisdiction—Conflict of Decisions.**

In a case in which the jurisdiction of the Court of Civil Appeals is made final—such as one within the jurisdiction of the County Court—the Supreme Court has no jurisdiction to grant writ of error on the ground of conflict in decisions of the appellate courts.   Cole v. State, 106 Texas 472, followed.   (P. 576).

Error to the Court of Civil Appeals for the Seventh District in an appeal from Deaf Smith County, 162 S. W., 152.

*Knight & Slaton* and *Moseley & Barcus* for plaintiffs in error.

*Carl Gilliland* and *S. J. Dodson* for defendants in error.

Mr. Chief Justice PHILLIPS delivered the opinion of the court.

The suit was a garnishment proceeding based upon a judgment. The amount in controversy in the original suit was within the jurisdiction of the County Court.   The case does not fall within any of the exceptions provided in article 1591, and the decision of the Court of Civil Appeals is therefore final.   The writ of error was granted because of probable conflict between the decision and that of another Court of Civil Appeals.   But the Supreme Court has no authority to grant a writ of error because of such conflict in a case of which the Court of Civil Appeals has final jurisdiction.   Gallagher v. Rahm, 88 Texas, 514.

The writ was granted before the decision of Cole v. The State of Texas, 106 Texas, 472.

The case is accordingly dismissed for want of jurisdiction.

*Dismissed for want of jurisdiction.*